AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: CR03-76-01L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tyrone Nettles

I certify that I am admitted to practice in this court.

9/10/08
Date

Mary S. McElroy
Signature

Mary S. McElroy 4830
Print Name Bar Number

10 Weybosset Street, Suite 300
Address

| City | State | Zip Code |
|---|---|---|
| Providence | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |